Walter Latinette, by his next friend Mary Latinette, appellee, v. Harry Kramer, appellant.

Action for personal injuries in collision of motor vehicles. Judgment for plaintiff. · Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1924. Affirmed upon filing remittitur of $50.70. Opinion filed July 7, 1924.

Geers & Geers, for appellant.    G. C. Borders, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

W. J. Pierce, appellant, v. M. A. Gurley and Hal W. Travillion, appellees.

Action for libel. Judgment for defendant. Appeal from the Circuit Court of Franklin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

R. E. Smith, for appellant.    Seeber & Spiller, for appellees.

Mr. Justice Higbee delivered the opinion of the court.

---

Herman H. Wolter and Maude E. Wolter, appellees, v. Elmer H. Wright, appellant.

Assumpsit for money had and received for use of plaintiff under contract. Judgment for plaintiff. Appeal from the · City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

T. A. O'Connor, for appellant.    Louis Beasley and Edward C. Zulley, for appellees.

Mr. Justice Higbee delivered the opinion of the court.

---

Edward Creal, appellee, v. Edward Dollar, appellant.

Action for personal injuries to pedestrian by motor vehicle. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

R. V. Gustin and Barthel, Farmer & Klingel, for appellant. P. K. Johnson and Joseph Goodman, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Evaline Mundy, appellee, v. Earl Leighty et al., appellants.

Bill to foreclose mortgage. Decree for plaintiff. Appeal from the Circuit Court of Wabash county; the Hon. C. H. Miller, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

P. J. Kolb and M. J. White, for appellants. H. M. Phipps, for appellee.

Mr. Justice Higbee delivered the opinion of the court.